No. 557. THE PEOPLE *v.* LAPORTE.—
No. 560. THE PEOPLE *v.* GARCÍA.—

No. 561. The People *v.* Colón.—
No. 562. The People *v.* Vega.—
No. 565. The People *v.* Zayas.—
No. 559. The People *v.* Muñoz.—
No. 564. The People *v.* Ferrer.—
No. 558. The People *v.* Rivera.—
No. 563. The People *v.* Colón.—

Appeals from the District Court of Ponce in cases for violations of the election law. Decided March 27 and 28, 1913. *Mr. Frank Martínez,* acting *fiscal,* for The People. The appellants did not appear. Judgments appealed from affirmed.